ISAAC KAFFENBURG & another, assignees, vs. PHILIP ASSNER.
SAME vs. JOSEPH NAVISKY.

Suffolk.   January 28, 1895. — March 2, 1895.

Present: FIELD, C. J., HOLMES, KNOWLTON, MORTON, & BARKER, JJ.

*Allowance to Insolvent from Partnership Assets — Appeal to Superior Court.*

The Superior Court has no general supervisory authority over the proceedings of
courts of insolvency such as is given to the Supreme Judicial Court by Pub. Sts.
c. 157, § 15 ; and, while in certain cases the right of appeal to the Superior Court
is given, as in Pub. Sts. c. 157, §§ 36, 91, there are no provisions of statute which
give this right in the matter of granting an allowance to insolvent debtors.

APPEAL from a decree of the judge of insolvency making an
allowance to each of two insolvent debtors out of the partner-
ship assets.

The cases were submitted to the Superior Court, and, after
affirmation of the decree of the Court of Insolvency, to this
court, on appeal of the assignees in insolvency, upon agreed
facts, the nature of which appears in the opinion.

*G. C. Abbott*, for the appellants.

*W. F. Kimball*, for the appellees.

FIELD, C. J.   Philip Assner and Joseph Navisky were part-
ners, and became insolvent debtors.   There was no separate
estate of either, but there was partnership property which came
into the possession of the assignees in insolvency.   The debtors
each petitioned the Court of Insolvency for an allowance under
Pub. Sts. c. 157, §§ 99, 123, and that court entered decrees mak-
ing an allowance to each out of the partnership assets.   The
assignees appealed from these decrees to the Superior Court,
where the facts were agreed, and that court affirmed the decrees
of the Court of Insolvency, and the assignees appealed to this
court.   The appellees contend that no appeal lies to the Supe-
rior Court from such decrees of the Court of Insolvency.   The
Superior Court has no general supervisory authority over the
proceedings of courts of insolvency, such as is given to the
Supreme Judicial Court.   Pub. Sts. c. 157, § 15.   In certain
cases the right of appeal to the Superior Court is given; Pub.

Sts. c. 157, §§ 36, 91; but we have found no provisions of statute which give this right in the matter of granting an allowance to the debtors. These appeals must be dismissed, with the direction to the Superior Court to dismiss the appeals to that court.

*So ordered.*